IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Traci Charles

    Plaintiff,

v.

Nike, Inc., and DOES 1-10, inclusive

    Defendant.

No. C05-00044EDL

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☒ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: 5/1/05     _____
                                            Attorney for Plaintiff

Dated: 5/2/05     _____
                                            Attorney for Defendant Nike, Inc.
                                            Tracy Thompson, Morgan, Lewis & Bockius LLP

IT IS SO ORDERED:

Dated: July 26, 2005     _____
                                              UNITED STATES ~~DISTRICT~~ JUDGE
                                              Magistrate

(Signed: Judge Elizabeth D. Laporte)

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM      REV. 5/00

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 5/6/05    _Tracy Charles_
[Typed name and signature of plaintiff]

Dated: 5/6/05    _Tracy Charles_
[Typed name and signature of counsel for plaintiff]

Dated: 4/26/05    _Carolyn Gotsick_
[Typed name and signature of defendant]
Carolyn Gotsick, Litigation Coordinator, Nike, Inc.

Dated: 5/2/05    _____
[Typed name and signature of counsel for defendant]
Tracy Thompson, Attorney for Defendant
Morgan, Lewis, & Bockius LLP