1  TRACY THOMPSON, State Bar No. 88173
   MICHAEL D. THOMAS, State Bar No. 226129
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  Attorneys for Defendant
   NIKE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | TRACI CHARLES,                          | Case No. EDL 05-00044
12 |            Plaintiff,                   | STIPULATION REGARDING
   |                                         | INDEPENDENT PSYCHOLOGICAL
13 |       vs.                               | EXAMINATION OF PLAINTIFF TRACI
   |                                         | CHARLES AND [~~PROPOSED~~] ORDER
14 | NIKE, INC., and DOES 1-10, inclusive,   |
15 |            Defendant.                   | Complaint Filed:  November 16, 2004

16

17        Plaintiff Traci Charles and Defendant Nike Inc. by and through their respective
18 undersigned counsel of record, hereby stipulate and agree as follows:
19    1.   Plaintiff agrees that she shall submit to an independent psychological testing to be
20         conducted by Myla H. Young, Ph.D.  The examination shall consist of a number of
21         standard psychological tests, as well as a clinical interview.  The examination shall
22         take place on September 16, 2005, at 9:00 a.m. at the Office of Myla Young at
23         1528 North Main Street #101, Walnut Creek, California 94596.  The examination
24         is expected to be concluded before 4:00 p.m., assuming full cooperation of
25         Plaintiff.
26    2.   Plaintiff agrees that she shall submit to an independent psychological examination
27         to be conducted by George Woods, Jr., MD.  The examination will consist of a
28         standard psychiatric evaluation based on the psychological test of Dr. Young and

| | | |
|---|---|---|
| 1 | | Dr. Woods' clinical interview of the Plaintiff. The examination shall take place on |
| 2 | | September 21, 2005 at 9:00 a.m. at the Offices of Dr. George Woods, 7677 |
| 3 | | Oakport St. Suite 1120, Oakland California 94621. The examination is expected |
| 4 | | to be concluded by 5:00 p.m., assuming full cooperation of Plaintiff. |
| 5 | 3. | Plaintiff, as well as Drs. Young and Woods, may audio tape any or all of these |
| 6 | | proceedings. No person will be present during the aforementioned examinations |
| 7 | | other than the named examiners and Plaintiff. |
| 8 | 4. | The parties further stipulate that expert reports will be produced on October 4, |
| 9 | | 2005. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 9, 2005 | MORGAN, LEWIS & BOCKIUS LLP |

By: _____
Michael D. Thomas
Attorneys for Defendant Nike Inc.

Dated: September 9, 2005          WELLS & HOPKINS, Attorneys at Law

By: _____
William R. Hopkins
Attorneys for Plaintiff Traci Charles

## ORDER

Based upon the Stipulation of the parties and GOOD CAUSE APPEARING, it is ordered that Plaintiff Traci Charles submit to a psychological examination in accordance with the above Stipulation.

Dated: September 12, 2005

_____
United States Magistrate Judge Elizabeth D. Laporte

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

1-SF/7281951.1                                              3

STIPULATION REGARDING INDEPENDENT PSYCHOLOGICAL EXAMINATION OF PLAINTIFF TRACI CHARLES