1  TRACY THOMPSON, State Bar No. 88173
   MICHAEL D. THOMAS, State Bar No. 226129
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Defendant
   NIKE, INC.
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  TRACI CHARLES,                    Case No. EDL 05-00044

11           Plaintiff,               STIPULATION REGARDING THE
                                      PRODUCTION OF EXPERT REPORTS
12       vs.                          AND [PROPOSED] ORDER

13  NIKE, INC., and DOES 1-10, inclusive,
                                      Complaint Filed: November 16, 2004
14           Defendant.

15

16       Plaintiff Traci Charles and Defendant Nike Inc. by and through their respective

17  undersigned counsel of record, hereby stipulate and agree as follows:

18       The parties agree to disclose experts on September 12, 2005, pursuant to this Court's

19  order. However, the parties stipulate that expert reports will be exchanged on October 4, 2005.

20  Dated: September 13, 2005          MORGAN, LEWIS & BOCKIUS LLP

21

22                                     By: _____
                                           Michael D. Thomas
23                                         Attorneys for Defendant Nike Inc.

24

25  Dated: September 12, 2005          WELLS & HOPKINS, Attorneys at Law

26

27                                     By: _____
                                           William R. Hopkins
28                                         Attorneys for Plaintiff Traci Charles

1-SF/7281951.1                         1

STIPULATION REGARDING THE PRODUCTION OF EXPERT REPORTS; [PROPOSED] ORDER

## ORDER

Based upon the Stipulation of the parties and GOOD CAUSE APPEARING, it is ordered that Plaintiff Traci Charles submit to a psychological examination in accordance with the above Stipulation.

Dated: September 14,

_____
United States Magistrate Judge Elizabeth LaPorte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*