1  WILLIAM R. HOPKINS, State Bar No. 170122
   WELLS & HOPKINS, ATTORNEYS AT LAW
2  1628 Tiburon Blvd.
   Tiburon, California 94920
3  Tel: 415.435.5507
   Fax: 415.435.5597
4
   Attorney for Plaintiff
5  TRACI CHARLES

6  TRACY THOMPSON, State Bar No. 88173
   MICHAEL D. THOMAS, State Bar No. 226129
7  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
8  San Francisco, CA 94105-1126
   Tel: 415.442.1000
9  Fax: 415.442.1001

10 Attorneys for Defendant
   NIKE, INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 TRACI CHARLES,                    | Case No. C 05-00044 EDL
15         Plaintiff,                | STIPULATION AND [PROPOSED]
                                     | ORDER RE: ADR
16    vs.                            |
17 NIKE, INC., and DOES 1-10, inclusive, | Complaint Filed: November 16, 2004
18         Defendant.

19

20         Plaintiff Traci Charles and Defendant Nike, Inc., through their respective undersigned

21 counsel of record, stipulate and agree as follows, and respectfully request that they be exempt

22 from ADR until after a determination has been made by the Court on Defendant's Motion for

23 Summary Judgment. This request is based on the following facts and circumstances:

24      1.    In their initial Joint Case Management Conference Statement filed on May 3,

25 2005, the parties stipulated that they would participate in an Early Neutral Evaluation to be

26 scheduled prior to August 31, 2005. On May 13, 2005, the Court entered a Scheduling Order

27 which included this provision.

28      2.    The parties did not receive notification from the ADR Case Administrator until on

1  or about August 15, 2005, when they received a Notice of Appointment of Evaluator. This
2  Notice informed the parties that the evaluator assigned to this case was Donna J. Brorby. The
3  Notice further stated that Ms. Brorby would schedule a joint telephone conference with counsel
4  for both parties. Despite the Notice, Ms. Brorby never contacted counsel to arrange a joint
5  telephone conference. On at least one occasion, counsel for Defendant called Ms. Brorby, and
6  left her a voicemail message, requesting that she communicate with counsel for the parties to
7  schedule a joint telephone conference. Despite these efforts, Ms. Brorby never responded to
8  counsel for Defendant.

9  3.  On or about September 15, 2005, counsel for Defendant contacted the Office of
10  the ADR Case Administrator, and was advised that no ENE had yet been scheduled.

11  4.  Non-expert discovery in this matter closes on September 30, 2005, and expert
12  discovery closes on October 10, 2005. Defendant's Motion for Summary Judgment is due on
13  October 21, 2005. Due to scheduling conflicts in other matters, counsel for Plaintiff is not
14  available for an ENE until after October 10, 2005.

15  \\\
16  \\\
17  \\\
18  \\\
19  \\\
20  \\\
21  \\\
22  \\\
23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

5. Given the delay in scheduling an ENE, the fact that Defendant's Motion for Summary Judgment is due on October 21, 2005, and the limited availability of counsel for Plaintiff in the next few weeks, the parties do not believe that having an ENE now would serve any useful purpose. Accordingly, and particularly since the delay in scheduling an ENE was not the fault of either party or counsel, the parties respectfully request that they be excused from any ADR process until after the Court's ruling on Defendant's Motion for Summary Judgment. Respectfully submitted.

Dated: September 20, 2005       WELLS & HOPKINS, Attorneys at Law


By: _____/s/_____
William R. Hopkins
Attorneys for Plaintiff
Traci Charles


Dated: September 20, 2005       MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/_____
Tracy Thompson
Attorneys for Defendant
Nike, Inc.


**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the parties are excused from participation in any ADR process until following the Court's ruling on Defendant's Motion for Summary Judgment.

Dated: September 21, 2005       _____
Honorable Elizabeth Laporte
United States District Court

IT IS SO ORDERED
Judge Elizabeth D. Laporte