1  WILLIAM R. HOPKINS, State Bar No. 170122
   WELLS & HOPKINS, ATTORNEYS AT LAW
2  1628 Tiburon Blvd.
   Tiburon, California 94920
3  Tel: 415.435.5507
   Fax: 415.435.5597
4
   Attorney for Plaintiff
5  TRACI CHARLES

6  TRACY THOMPSON, State Bar No. 88173
   MICHAEL D. THOMAS, State Bar No. 226129
7  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
8  San Francisco, CA 94105-1126
   Tel: 415.442.1000
9  Fax: 415.442.1001

10 Attorneys for Defendant
   NIKE, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 | TRACI CHARLES,                      | Case No. C 05-00044 EDL
15 |          Plaintiff,                 | STIPULATION AND [~~PROPOSED~~]
   |                                     | ORDER RE: SERVICE OF EXPERT
16 |     vs.                             | REPORTS
17 | NIKE, INC., and DOES 1-10, inclusive,|
   |                                     | Complaint Filed: November 16, 2004
18 |          Defendant.                 |

19

20     Plaintiff Traci Charles and Defendant Nike, Inc., through their respective undersigned

21 counsel of record, hereby stipulate and agree as follows:

22     1.   Plaintiff does not intend to depose any of Defendant's expert witnesses.

23     2.   Defendant's motion for summary judgment is to be heard on November 29, 2005.

24     3.   Depending on the outcome of Defendant's motion, Defendant may not need some

25 or all of its designated experts to testify.

26     4.   In order to avoid potentially unnecessary expense, the parties have agreed that any

27 expert reports prepared in this matter shall not be served until ten (10) days after the date on

28 which the Court enters an order on Defendant's motion for summary judgment or thirty (30) days

before trial, whichever occurs first.

Dated:  October 4, 2005            WELLS & HOPKINS, Attorneys at Law


                                   By:          /s/
                                        William R. Hopkins
                                        Attorneys for Plaintiff
                                        Traci Charles


Dated:  October 4, 2005            MORGAN, LEWIS & BOCKIUS LLP


                                   By:          /s/
                                        Tracy Thompson
                                        Attorneys for Defendant
                                        Nike, Inc.


                                   **ORDER**

       IT IS SO ORDERED.

                                   *Elizabeth D. Laporte*
Dated:  October  4 , 2005          _____
                                   Honorable Elizabeth LaPorte
                                   United States District Court