1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    TRACI CHARLES,                                   No. C-05-00044 EDL

9              Plaintiff,                             **ORDER ON PLAINTIFF'S OBJECTIONS**

10        v.

11    NIKE, INC.,

12              Defendant.
                                           /

13

14         On January 9, 2006, Plaintiff Traci Charles filed Objections to Magistrate Order Granting

15    Summary Judgment.  As Plaintiff consented to proceed before a United States Magistrate Judge in

16    accordance with the provisions of 28 U.S.C. section 636(c),"[a]ppeal from the judgment shall be

17    taken directly to the United States Court of Appeals for the Ninth Circuit." Docket No. 8 (May 10,

18    2005 consent to proceed before a United States Magistrate Judge); <u>see also</u> 28 U.S.C. § 636(c)(3).  If

19    this Court construes Plaintiff's Objections instead as a motion for relief from judgment under

20    Federal Rule of Civil Procedure 60, she has not demonstrated mistake, inadvertence, excusable

21    neglect, newly discovered evidence, or fraud.  Accordingly, the Court DENIES Plaintiff's

22    Objections.

23

24         **IT IS SO ORDERED.**

25

26    Dated: January 11, 2006

27                                                    ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge
28