1  TRACY THOMPSON, State Bar No. 88173
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   Attorneys for Defendant
5  NIKE, INC.

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  TRACI CHARLES,                    | Case No. C 05-00044 EDL
13              Plaintiff,            | STIPULATION WAIVING ORAL
                                      | ARGUMENT ON DEFENDANT'S
14        vs.                         | MOTION FOR REVIEW OF CLERK'S
                                      | TAXATION OF COSTS & ORDER
15  NIKE, INC., and DOES 1-10, inclusive,
                                      | Date:      March 28, 2006
16              Defendant.            | Time:      9:00 a.m.
                                      | Judge:     Hon. Elizabeth D. LaPorte
17                                    | Courtroom: E, 15th Floor

18

19

20

21

22

23

24

25

26

27

28

1-SF/7353242.1                          1                   Case No. C 05 2709 SC (EMC)
STIPULATION WAIVING ARGUMENT ON DEFENDANT'S MOTION TO COMPEL AND MOTION FOR
                                ATTORNEY'S FEES

1     WHEREAS, Defendant Nike, Inc. ("Nike"), filed a Motion for Review of Clerk's
2 Taxation of Costs ("Motion") and supporting Memorandum of Points and Authorities and
3 Proposed Order on February 16, 2006 ;
4     WHEREAS, Plaintiff Traci Charles filed an Opposition to Nike's Motion on March 7,
5 2006;
6     WHEREAS, Nike filed a Reply in Support of its Motion on March 14, 2006;
7     WHEREAS, the hearing on Nike's Motion is currently scheduled for a hearing on March
8 28, 2006, at 9:00 am before the Honorable Elizabeth D. LaPorte;
9     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
10 parties that Nike's Motion shall be submitted without argument and that the currently scheduled
11 hearing date shall be vacated.

Dated: March 23, 2006     MORGAN, LEWIS & BOCKIUS LLP

By: _____
Tracy Thompson
Attorneys for Defendant
NIKE, INC.

Dated: March 21, 2006     WELLS & HOPKINS ATTORNEYS AT LAW

By: _____
William R. Hopkins
Attorneys for Plaintiff
TRACI CHARLES

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 23, 2006

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE